UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW ALLISON,<br><br>        Plaintiff,<br><br>v.<br><br>RADIUS GLOBAL SOLUTIONS, LLC;<br>TD BANK US HOLDING COMPANY;<br>and TD BANK, N.A.,<br><br>        Defendants. | Case No.: 22-CV-843 JLS (NLS)<br><br>**ORDER (1) APPROVING STIPULATION, (2) GRANTING REQUEST TO FILE FIRST AMENDED COMPLAINT, AND (3) DISMISSING WITHOUT PREJUDICE DEFENDANTS TD BANK US HOLDING COMPANY AND TD BANK, N.A.**<br><br>(ECF No. 9) |

  Presently before the Court is the Parties' Stipulation and Request for Order (1) Allowing Plaintiff to File First Amended Complaint for Damages and (2) Upon Entry of the First Amended Complaint, the Court Dismiss Defendants TD Bank US Holding Company and TD Bank, N.A., Without Prejudice ("Joint Mot.," ECF No. 9). The Joint Motion indicates that Plaintiff Matthew Allison has already filed a Notice of Voluntary Dismissal as to Defendant Radius Global Solutions, LLC. *Id.* at 2; *see* ECF No. 8. That Defendant was erroneously named, and the correct Defendant is RGS Financial, Inc ("RGS"). *See* Joint Mot. at 2. Moreover, Defendants TD Bank, N.A., and TD Bank US Holding Company contend they are erroneously named, and that the correct party should

be TD Bank USA, N.A. ("TD Bank"). *Id.* Accordingly, Plaintiff seeks to file a First Amended Complaint ("FAC") that names RGS and TD Bank in place of the erroneously named Defendants. *See id.*; *see also id.* Ex. 2 (redline of FAC against original Complaint).

    Good cause appearing, the Court **APPROVES** the Parties' Stipulation and **GRANTS** their Joint Motion. Plaintiff **SHALL FILE** his First Amended Complaint, previously docketed as ECF No. 9-1, within three (3) days of the date on which this Order is electronically docketed. Upon the filing of Plaintiff's First Amended Complaint, Defendants TD Bank US Holding Company and TD Bank, N.A. shall be **DISMISSED WITHOUT PREJUDICE**.

    **IT IS SO ORDERED.**

Dated: August 5, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge